FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE HENDERSON, SR., ) | Case No. CV 07-6038-VBF(RC) |
| Petitioner, ) | |
| ) | ORDER ADOPTING FINAL REPORT AND |
| vs. ) | RECOMMENDATION OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| ROBERT J. HERNANDEZ, WARDEN, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections to the initial Report and Recommendation, and has made a *de novo* determination.

IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the habeas corpus petition and action as untimely.

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and Judgment by the United States mail on the petitioner.

DATED: July 1, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\07-6038.ado2
4/21/08