CLERK, U.S. DISTRICT COURT

MAR 2 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE HENDERSON, SR., ) | Case No. CV 07-6038-VBF(RC) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| ROBERT J. HERNANDEZ, WARDEN, ) | |
| Respondent. ) | |

    IT IS ADJUDGED that the petition for writ of habeas corpus and
the action are dismissed as untimely.

DATED:  _July 1, 2008_

                                        VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE

R&R\07-6038.jud
3/27/08